| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

BRIDGET REDLICH,§
§
Plaintiff,§
§
versus§   CIVIL ACTION NO. 1:22-CV-126
§
QUALITY CARRIERS, INC.,§
§
Defendants.§

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal (#38), filed July 28, 2023, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorneys' fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 28th day of July, 2023.

*[signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE